KTC:JHK
F. #2006R01616

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

SATHAJHAN SARACHANDRAN,
    also known as "Satha,"
SAHILAL SABARATNAM,
    also known as "Sahil" and
    "Shakil,"
THIRUTHANIKAN THANIGASALAM,
    also known as "Thani,"
NADARASA YOGRARASA,
    also known as "Yoga," and
PIRATHEEPAN NADARAJAH,
    also known as "Nada,"

          Defendants.

- - - - - - - - - - - - - - - - - -X

**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y:

★ SEP 1 4 2006 ★

P.M. _____
TIME A.M. _____

I N D I C T M E N T

Cr. No.  06-615

(T. 18, U.S.C., §§
2339B(a)(1) and 3551 et
seq.)

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy To Provide Material Support
To a Foreign Terrorist Organization)

    1.    On or about and between July 2006 and August 18,
2006, both dates being approximate and inclusive, within the
Eastern District of New York and elsewhere, the defendants
SATHAJHAN SARACHANDRAN,  also known as "Satha,"
SAHILAL SABARATNAM, also known as "Sahil" and "Shakil,"
THIRUTHANIKAN THANIGASALAM, also known as "Thani," NADARASA
YOGRARASA, also known as "Yoga," and PIRATHEEPAN NADARAJAH, also

2

known as "Nada," together with others, did knowingly and intentionally conspire to provide material support and resources, as defined in 18 U.S.C. § 2339A(b), including training, expert advice and assistance, weapons and personnel, to a foreign terrorist organization, to wit: the Liberation Tigers of Tamil Eelam, which has been designated by the Secretary of State as a foreign terrorist organization since October 1997, pursuant to Section 219 of the Immigration and Nationality Act.

(Title 18, United States Code, Sections 2339B(a)(1) and 3551 et seq.)

## COUNT TWO
(Attempt To Provide Material Support
To a Foreign Terrorist Organization)

2.    In or about and between July 2006 and August 18, 2006, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants SATHAJHAN SARACHANDRAN,  also known as "Satha," SAHILAL SABARATNAM, also known as "Sahil" and "Shakil," THIRUTHANIKAN THANIGASALAM, also known as "Thani," NADARASA YOGRARASA, also known as "Yoga," and PIRATHEEPAN NADARAJAH, also known as "Nada," together with others, did knowingly and intentionally attempt to provide material support and resources, as defined in 18 U.S.C. § 2339A(b), including training, expert advice and assistance, weapons and personnel, to a foreign terrorist organization, to wit: the Liberation Tigers of Tamil

3

Eelam, which has been designated by the Secretary of State as a foreign terrorist organization since October 1997, pursuant to Section 219 of the Immigration and Nationality Act.

(Title 18, United States Code, Sections 2339B(a)(1) and 3551 et seq.)

A TRUE BILL

FOREPERSON

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY:

ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

Case 1:06-cr-00615-RJD Document 24 Filed 09/14/06 Page 4 of 5 PageID #: 49

FORM DBD-34

JUN. 85

No. _____

Action: *Criminal*

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL *Division*

## THE UNITED STATES OF AMERICA
vs.

SATHAJHAN SARACHANDRAN, also known as "Satha,"
SAHILAL SABARATNAM, also known as "Sahil" and "Shakil,"
THIRUTHANIKAN THANIGASALAM, also known as "Thani,"
NADARASA YOGRARASA, also known as "Yoga," and
PIRATHEEPAN NADARAJAH, also known as "Nada,"

Defendant(s).

## INDICTMENT

(T. 18, U.S.C., §§ 2339B(a)(1) and 3551 et seq.)

*A true bill.*

*Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 19* _____

*Clerk*

*Bail, $* _____

*JEFFREY H. KNOX, (718) 254-7581*

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1.  Title of Case:  **United States v. Sarachandran, et al.**

2.  Related Magistrate Docket Number(s): **M-06-889**

    None ( )

3.  Arrest Date:  **8/19/06**

4.  Nature of offense(s):  ☒    Felony
                           ☐    Misdemeanor

5.  Related Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the
    Local E.D.N.Y. Division of Business Rules): **Cr. No. 06-606 (RJD)**

6.  Projected Length of Trial:    Less than 6 weeks    ( )
                                  More than 6 weeks    (X )

7.  County in which crime was allegedly committed: <u>Queens, Nassau</u>
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Has this indictment/information been ordered sealed?    ( ) Yes  (X) No

9.  Have arrest warrants been ordered?                      ( ) Yes  (X) No

                                              ROSLYNN R. MAUSKOPF
                                              UNITED STATES ATTORNEY

                                    By:       _____
                                              Jeffrey H. Knox
                                              Assistant U.S. Attorney
                                              718-254-7581

Rev. 3/22/01