GDA:MLM:JHK
F.#2006R01616

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -                                  **<u>Protective Order</u>**

SATHAJHAN SARACHANDRAN,
    also known as "Satha,"                Cr. No. <u>06-615 (S-2)(RJD)</u>
SAHILAL SABARATNAM,
    also known as "Sahil,
    "Shakil," and "Sahil
    Karthigesu,"
THIRUTHANIKAN THANIGASALAM,
    also known as "Thani,"
NADARASA YOGARASA,
    also known as "Yoga," and
PIRATHEEPAN NADARAJAH,
    also known as "Nada,"

          Defendants.

- - - - - - - - - - - - - - - - - -X

    Upon application of the United States by Assistant United States Attorneys Greg D. Andres, Andrew E. Goldsmith and Marshall L. Miller, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the following is hereby ORDERED:

    1.    Defendants and defense counsel are prohibited from disclosing, disseminating or showing video recordings provided for trial preparation after the entry of this order (the "video recordings") to anyone other than the defendants, their counsel or investigators or staff employed by and assisting defense counsel. Any such investigators or staff shall be informed of, and shall be bound by, the requirements of this Order.

2

      2.   Defendants and defense counsel are prohibited from copying the video recordings.  The defendants may only view the video recordings in the presence of defense counsel.

      3.   Defendants and defense counsel shall return to the attorney for the Government the video recordings, within forty-eight hours after the close of the trial.

Date: January __, 2009
      Brooklyn, New York

s/ Judge Raymond J. Dearie

THE) HONORABLE RAYMOND J. DEARIE
CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK