GDA:MLM:JHK
F.#2006R01616

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

SATHAJHAN SARACHANDRAN,
    also known as "Satha,"

SAHILAL SABARATNAM,
    also known as "Sahil,
    "Shakil," and "Sahil
    Karthigesu,"
THIRUTHANIKAN THANIGASALAM,
    also known as "Thani,"
NADARASA YOGARASA,
    also known as "Yoga," and
PIRATHEEPAN NADARAJAH,
    also known as "Nada,"

         Defendants.

- - - - - - - - - - - - - - - - - -X

**Protective Order**

Cr. No. <u>06-615 (S-2)(RJD)</u>

Upon application of the United States, by Assistant United States Attorneys Greg D. Andres, Andrew E. Goldsmith and Marshal L. Miller, the following is hereby ordered:

1. Defendants and defense counsel are prohibited from disclosing or disseminating any 3500 material or copies thereof to anyone other than the defendants, their counsel, or investigators or staff assisting defense counsel. Any such staff shall be informed of, and shall be bound by, the requirements of paragraph 2 below.

2

    2.    Defendants and defense counsel shall return to the attorney for the Government or destroy all 3500 material and copies thereof, within forty-eight hours after the close of the trial or when any appeal has become final.

Date: January _8_, 2009
       Brooklyn, New York

s/ Judge Raymond J. Dearie

THE HONORABLE RAYMOND J. DEARIE
CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK