**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

GDA:MLM:AEG
F.#2006R01616

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 19, 2009

**By Electronic Mail and ECF**

Lee A. Ginsberg, Esq.
Freeman, Nooter & Ginsberg
30 Vesey Street, Suite 100
New York, New York 10007-2914

Bobbi C. Sternheim, Esq.
156 Fifth Avenue, Suite 1234
New York, NY 10010

Anthony Ricco, Esq.
20 Vesey Street, Suite 400
New York, NY 10007

Steve Zissou, Esq.
42-40 Bell Blvd., Suite 302
Bayside, New York 11361

    Re:  United States v. Sathajhan Sarachandran, et al.
       Criminal Docket No. 06-615 (S-2) (RJD)

Dear Counsel:

    Enclosed please find the stipulation relating to the LTTE's designation as a foreign terrorist organization.  As you will remember, at the conference on January 12, 2009, all the parties agreed to the stipulation, except for counsel for defendant Nadarasa Yogarasa who asked for more time to consider the proposal.  Counsel for defendant Yogarasa has now indicated that he is prepared to enter the stipulation.

    At your earliest convenience, please sign the enclosed stipulation and send it to the undersigned by facsimile at (718) 254-6324.  If you have any questions or concerns, please do not hesitate to contact me.

    Very truly yours,

    BENTON J. CAMPBELL
    United States Attorney

By:  /s/ Andrew E. Goldsmith
    Greg D. Andres
    Andrew E. Goldsmith
    Marshall L. Miller
    Assistant U.S. Attorneys
    (718) 254-6273/6498/6421

Enclosure

cc:  Clerk of the Court (RJD) (w/o encl.)