BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR SENTENCE CONFERENCE

JANUARY 11, 2010 FROM 11:10AM TO 11:45AM

DOCKET NUMBER: CR 06-615-1 & 4 (RJD)

U.S.A. -v- **SATHAJHAN SARACHANDRAN (#1) (NOT PRESENT)**
**COUNSEL: ANTHONY RICCO (CJA)**
U.S.A. -v **NADARASA YOGRARASA (#4) (IN CUSTODY)**
**COUNSEL: STEVE ZISSOU & ELIZABETH MACEDONIO (CJA)**

**AUSA: MARSHAL MILLER & ANDREW GOLDSMITH**

COURT REPORTER: RON TOLKIN

X    CASE CALLED FOR SENTENCE CONFERENCE.
DEFENDANT SATHAJHAN SARACHANDRAN(#1) NOT PRESENT.
COURT ADVISES COUNSEL FOR MR. SARACHANDRAN THAT THE
MARSHAL HAS ADVISED THAT DEFENDANT WAS FEELING ILL TODAY
AND THEREFORE, NOT PRODUCED.
DISCUSSION HELD.
CASE ADJOURNED FOR CONTINUATION OF SENTENCE ON 1/22/10 @3:00PM.